**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shaif Ali and Sahadat Ali, <br><br> Plaintiff, <br><br> – against– <br><br> Discover Bank, LendingClub Corporation, Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, <br><br> Defendants | Civil Action No. 1:24-cv-00683-MKB-TAM |

**NOTICE OF SETTLEMENT**

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Experian Information Solutions, Inc. have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: April 26, 2024                     **GARIBIAN LAW OFFICES, P.C.**

                                            */s/ Antranig Garibian*

                                            Antranig Garibian, Esquire (Bar No. 4962)
                                            1523 Concord Pike, Suite 400
                                            Wilmington, DE  19803 (302) 722-6885
                                            ag@garibianlaw.com
                                            *Counsel for Plaintiff*