**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shaif Ali and Sahadat Ali, | |
| Plaintiffs, | Civil Action |
| – against– | No. 1:24-cv-00683-MKB-TAM |
| Discover Bank, LendingClub Corporation, Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Shaif Ali and Sahadat Ali ("Plaintiffs") and Defendant LendingClub Corporation ("LendingClub"), by and through undersigned counsel, hereby stipulate and agree that all claims raised by Plaintiffs against LendingClub in the above-captioned matter are dismissed with prejudice as to LendingClub *only* with each party to bear its own costs and attorney's fees.

Dated: May 16, 2024,

**GARIBIAN LAW OFFICES, P.C**.    **BALLARD SPAHR LLP**

*/s/ Antranig Garibian*    */s/ Michael Robotti*
Antranig Garibian, Esquire    Michael Robotti, Esquire
18 East 41st Street, 6th Floor    1675 Broadway, 19th Floor
New York, NY 10017    New York, NY 10019-5820
(215) 326-9179    (212) 223-0200
ag@garibianlaw.com    robottim@ballardspahr.com

*Attorneys for Plaintiffs*    *Attorney for Defendant,
LendingClub Corporation*