# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shaif Ali and Sahadat Ali,<br><br>　　　　　　　　　Plaintiffs,<br><br>– against–<br><br>Discover Bank, LendingClub Corporation, Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC,<br><br>　　　　　　　　　Defendants. | Civil Action<br><br>No. 1:24-cv-00683-MKB-TAM<br><br>**STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Shaif Ali and Sahadat Ali ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate and agree that all claims raised by Plaintiffs against Experian in the above-captioned matter are dismissed with prejudice as to Experian *only* with each party to bear its own costs and attorney's fees.

Dated: June 20, 2024,

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C**.<br><br>*/s/ Antranig Garibian*<br>Antranig Garibian, Esquire<br>18 East 41st Street, 6th Floor<br>New York, NY 10017<br>(215) 326-9179<br>ag@garibianlaw.com<br><br>*Attorneys for Plaintiffs* | **TROUTMAN PEPPER HAMILTON SANDRES, LLP**<br><br>*/s/ Jonathan P. Floyd*<br>Jonathan P. Floyd, Esquire<br>1001 Haxall Point, Suite 1500<br>Richmond, VA 23219<br>(804) 697-1435<br>Jonathan.floyd@troutman.com<br><br>*Attorney for Defendant,*<br>*Experian Information Solutions, Inc.* |