**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shaif Ali and Sahadat Ali,<br><br>                                        Plaintiffs,<br><br>            – against–<br><br>Discover Bank, LendingClub Corporation, Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC,<br><br>                                        Defendants. | Civil Action<br><br>No. 1:24-cv-00683-MKB-TAM<br><br>**STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Shaif Ali and Sahadat Ali ("Plaintiffs") and Defendant Trans Union, LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate and agree that all claims raised by Plaintiffs against Trans Union in the above-captioned matter are dismissed with prejudice as to Trans Union *only* with each party to bear its own costs and attorney's fees.

Dated: October 23, 2024

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C**. | **BUCHANAN INGERSOLL & ROONEY PC** |
| */s/ Antranig Garibian* | */s/ Andrew G. Hope* |
| Antranig Garibian, Esquire | Andrew G. Hope, Esquire |
| 18 East 41st Street, 6th Floor | 50 S. 16th Street, Suite 3200 |
| New York, NY 10017 | Philadelphia, PA 19102 |
| (215) 326-9179 | (215) 665-5322 |
| ag@garibianlaw.com | andrew.hope@bipc.com |
| | |
| *Attorneys for Plaintiffs* | *Attorney for Defendant, Trans Union, LLC* |